[31621] [O/G M/4 Unclaimed Funds]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                          Case No. 8:02–bk–09907–MGW
                                                Chapter 13


Akin A. Ashekun




_____Debtor(s)_____/

ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

        This case came on for consideration upon the Motion filed by Brian J. Dilks of Dilks & Knopik, LLC on
behalf of Akin A. Ashekun, a debtor in the above captioned case, for release of funds deposited with the United
States Treasury as unclaimed dividends. Upon consideration the Court finds that the sum of $ 2,420.00 was deposited
to the United States Treasury on or about May 23, 2006 and that the debtor is now entitled to receipt of said funds. It
is

        ORDERED:

        The Financial Deputy of this Court shall prepare a voucher to be sent to the United States District Court in
Orlando, Florida for release of the sum of $ 2,420.00, payable to Akin A. Ashekun, a debtor in the above captioned
case , in care of Brian J. Dilks, Dilks & Knopik, LLC, P.O. Box 2728, Issaquah, WA 98027–0125.


        Dated  *February 23, 2010* .


MICHAEL G. WILLIAMSON
United States Bankruptcy Judge




Copies furnished to:
U.S. Attorney, Att: Civil Procedures Clerk, 400 N. Tampa St. Suite 3200, Tampa, FL 33602
Clerk US Bankruptcy Court, Attn: Financial Administrator, 801 N. Florida Avenue, Suite 555,
Tampa, FL 33602